Same case below, 428 Fed. Appx. 883.

Same case below, 15 A.3d 529.

**No. 11-552. Kansas City Premier Apartments, Inc., Petitioner v. Missouri Real Estate Commission.**

565 U.S. 1114, 132 S. Ct. 1075, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 299.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 344 S.W.3d 160.

**No. 11-553. Ysleta Del Sur Pueblo, Petitioner v. Texas.**

565 U.S. 1114, 132 S. Ct. 1028, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 328.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 326.

**No. 11-554. Mel Stewart, Petitioner v. Oregon.**

565 U.S. 1114, 132 S. Ct. 1028, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 326.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 237 Or. App. 86, 239 P.3d 263.

**No. 11-559. Kimberly Kauffman, Petitioner v. UPMC Presbyterian Shadyside Hospital, et al.**

565 U.S. 1114, 132 S. Ct. 1075, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 354,

January 9, 2012. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

**No. 11-565. Mark R. Holloway, aka Mark Robert Holloway, Petitioner v. Red Lion Borough.**

565 U.S. 1114, 132 S. Ct. 1032, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 399.

January 9, 2012. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

Same case below, 11 A.3d 62.

**No. 11-567. Marcy Noriega, Petitioner v. Maria Torres, et al.**

565 U.S. 1114, 132 S. Ct. 1032, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 215.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 648 F.3d 1119.

**No. 11-571. Domingo Solis, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1114, 132 S. Ct. 1032, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 245.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 647 F.3d 831.

**No. 11-580. Thomas F. Spellissy, Petitioner v. United States.**

565 U.S. 1114, 132 S. Ct. 1037, 181 L. Ed. 2d 739, 2012 U.S. LEXIS 149.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 438 Fed. Appx. 780.